FILED

09/03/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: PR 06-0544

IN THE SUPREME COURT OF THE STATE OF MONTANA

PR 06-0544

_____

IN RE PETITION OF MARK BRIAN SABEY FOR
REINSTATEMENT TO ACTIVE STATUS IN THE                    O R D E R
BAR OF MONTANA

_____

Mark Brian Sabey has petitioned for reinstatement to active status in the State Bar of Montana. The petition states that on July 11, 2024, Sabey was suspended by the State Bar of Montana for noncompliance with CLE requirements. Rule 14 governs reinstatement of members transferred to inactive status for failure to comply with CLE requirements, and provides:

> The Court may reinstate the member upon payment of all fees required by the Commission and certification by the Commission that the member has completed the minimum CLE requirements. . . . The Commission may consider hours of approved CLE that the member has completed within 24 months prior to the application for reinstatement.

Thus, Sabey must submit "certification by the [CLE] Commission" that he has completed "the minimum CLE requirements" before the Court can order reinstatement to active status. Therefore,

IT IS ORDERED that the petition of Mark Brian Sabey for reinstatement to active status in the State Bar of Montana is DENIED WITHOUT PREJUDICE.

The Clerk is directed to provide copies of this order to the Petitioner and the State Bar of Montana.

DATED this 3rd day of September, 2024.

_____
Chief Justice

_____

_____

_____

_____

_____

_____
Justices